**Order entered November 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00644-CV

### JOHN YI, Appellant

### V.

### BONG KO, KON YOUNG PARK AND UNLIMITED PCS, INC., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-10821-E**

## ORDER

We **GRANT** appellant's November 17, 2015 unopposed motion for withdrawal and substitution of counsel and **DIRECT** the Clerk of the Court to remove James H. Bilton, W. Scott Hastings, and the law firm of Locke Lord LLP as counsel for appellant and substitute John Franklin Guild of Gruber Hurst Elrod Johansen Hail Shank LLP in their place.

/s/    DAVID EVANS
        JUSTICE